UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HUMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:25-CV-00180-NCC |
| SYNDICATE HOLDINGS GROUP, LLC, | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Motion to Dismiss with Prejudice (Doc. 8). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff's motion is signed by Defendant. Therefore, the Court will construe Plaintiff's motion as a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED, with prejudice**, with each party to bear their own costs.

Dated this 18th day of March, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE